IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES | CRIMINAL ACTION |
| v. | |
| JESUS RAMIREZ-ORTEGA, also known as "PRIMO," and "THE MEXICAN" | NO. 11-251-07 |

**O R D E R**

**AND NOW**, this 14th day of August, 2020, upon consideration of Jesus Ramirez-Ortega's Emergency Motion for Compassionate Release Pursuant to the CARES Act, First Step Act and Under 18 U.S.C. 3582(c)(1)(A) & (2) (Document No. 684, filed June 19, 2020), Government's Response in Opposition to Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Document No. 697, filed July 27, 2020), and Government's Supplemental Response in Opposition to Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Document No. 704, filed August 10, 2020), for the reasons stated in the Memorandum dated August 14, 2020, **IT IS ORDERED** as follows:

1. To the extent that *pro se* defendant requests compassionate release under 18 U.S.C. § 3582(c)(1)(A), the Motion is **DENIED**; and

2. To the extent that *pro se* defendant requests home confinement designation under the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act"), Pub. L. No. 116-136, § 12003(b)(2), 134 Stat. 281 (2020), the Motion is **DISMISSED** for lack of jurisdiction under the CARES Act.

BY THE COURT:

/s/ Hon. Jan E. DuBois
_____
DuBOIS, JAN E., J.